**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02331-BNB

EDWARD LEE HICKS,

    Plaintiff,

v.

ALVIN MASSENBURY, Official Capacity as a Medical Provider for the Colorado Dept.
    of Corrections, and in his Individual Capacity, Limon Corr. Facility,
NICOLE BLATNICK, Official Capacity as Health Service Adm. for the Colorado Dept. of
    Corrections, and in her Individual Capacity, Limon Corr. Facility,
TRUDY SICOTTE, Official Capacity as a Medical Provider fo the Colorado Dept. of
    Corrections, and in her Individual Capacity, Limon Corr. Facility,
MARTINEZ, Official Capacity as a Chief Medical Officer for the Colorado Dept. of
    Corrections, and in his Individual Capacity,
VALENTINA KUCHER, Official Capacity as a Medical Provider for the Colorado Dept.
    of Corrections, and in her Individual Capacity, Limon Corr. Facility,
JENNIFER NOVATNY, Official Capacity as a Supervisor in the Pharmacy for the
    Colorado Dept. of Corrections, and in her Individual Capacity,
JOHN DOE, Official Capacity as Deputy Director of Clinical Services for the Colorado
    Dept. of Corrections, and in [their] Individual Capacity,
RICK RAEMISCH, Official Capacity as the Executive Director for the Colorado Dept. of
    Corrections, and in his Individual Capacity,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 21, 2014, Plaintiff filed a Letter requesting that the Clerk of the Court send to him the forms necessary to amend his complaint.  As stated in the Court's August 22, 2014 Order, complaint forms are available at www.cod.uscourts.gov and can be obtained by requesting the forms from a case manager or a facility legal assistant.  Plaintiff does not state that he has requested the forms and his request has been denied. The request, ECF No. 7, is denied.

Dated:  August 29, 2014