IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02331–RM–KMT

EDWARD LEE HICKS,

      Plaintiff,

v.

ALVIN MASSENBURG, official capacity as a Medical Provider for the Colorado Dep. of
Corrections, and in his individual capacity, Limon Corr. Facility,
NICOLE BLATNICK, official capacity as Health Services Adm. For the Colorado Dep. of
Corrections, and in her individual capacity, Limon Corr. Facility,
TRUDY SICOTTE, official capacity as Medical Provider for the Colorado Dep. of Corrections,
and in her individual capacity, Limon Corr. Facility,
MARTINEZ, official capacity as Chief Medical Provider for the Colorado Dep. of Corrections,
and in his individual capacity,
VALENTINA KUCHER, official capacity as Medial Provider for the Colorado Dep. of
Corrections, and in her individual capacity, Limon Corr. Facility,
JENNIFER NOVATNY, official capacity as a supervisor in the Pharmacy for the Colorado
Department of Corrections, and in her individual capacity,
JOHN DOE, official capacity as Deputy Director of Clinical Services for the Colorado
Department of Corrections, and in their individual capacity, and
RICK RAEMISCH, official capacity as the Executive Director for the Colorado Department of
Corrections, and in his individual capacity,

      Defendants.

---

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by
District Judge Raymond P. Moore, pursuant to the Order of Reference dated September 23,
2014.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **January 21,
2015, at 9:45 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse,
1929 Stout Street, Denver, Colorado.

The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 3rd day of December, 2014.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge